IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY THOMER, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | No. 08-5364 |
| Commissioner of Social Security, | : | |

ORDER

AND NOW, this 17th day of September, 2009, upon consideration of Plaintiff's Brief and Statement in Support of Request for Review, and Defendant Commissioner's Uncontested Motion to Remand (Doc. 14), and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Defendant Commissioner' Uncontested Motion to Remand is GRANTED.

BY THE COURT:

/S/LEGROME D. DAVIS

_____
LEGROME D. DAVIS, J.